**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7874**

TERRY L. SANDERS,

                Petitioner - Appellant,

        v.

TERRY O'BRIEN,

                Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.   Gina M. Groh, District Judge. (3:13-cv-00016-GMG-JES)

Submitted: March 25, 2014        Decided:  March 28, 2014

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry L. Sanders, Appellant Pro Se.   Erin K. Reisenweber, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry L. Sanders, a federal prisoner, appeals the district court's order accepting in part the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sanders v. O'Brien, No. 3:13-cv-00016-GMG-JES (N.D.W. Va. Nov. 5, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED